# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

| | | |
|---|---|---|
| **RHONDA LEGGETT-MELTON,** | ) | |
| **On behalf of herself and all others** | ) | |
| **similarly situated,** | ) | 2:17-cv-12818-VAR-APP |
| | ) | |
| **Plaintiff,** | ) | Judge Roberts |
| | ) | Magistrate Judge Patti |
| **v.** | ) | |
| | ) | |
| **QUICKENS LOANS, INCORPORATED** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION TO DISMISS

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed with prejudice.

2. The parties, by agreement, respectfully request that this case be dismissed without costs to any party.

**Date:** February 2, 2018

| For Plaintiff, Rhonda Leggett-Melton | For Defendant, Quicken Loan, Inc |
|---|---|
| s/ David M. Marco | s/ Louis P. Gabel |
| SMITHMARCO, P.C. | JONES DAY |
| 55 W. Monroe Street, Suite 1200 | 150 W. Jefferson Ave., Suite 2100 |
| Chicago, IL 60603 | Detroit, MI 48226 |
| Telephone: (312) 546-6539 | Telephone: (313) 230-7955 |
| Facsimile: (888) 418-1277 | Facsimile: (313) 230-7997 |
| E-mail: dmarco@smithmarco.com | E-mail: lpgabel@jonesday.com |

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

| | |
|---|---|
| RHONDA LEGGETT-MELTON,<br>On behalf of herself and all others<br>similarly situated, | )<br>)<br>)   2:17-cv-12818-VAR-APP |
| Plaintiff, | )   Judge Roberts<br>)   Magistrate Judge Patti |
| v. | ) |
| QUICKENS LOANS, INCORPORATED | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

At the request of the Parties, a stipulation having been duly filed, this matter is hereby dismissed with prejudice and without costs to either party.

                          S/Victoria A. Roberts
                          Hon. Victoria Roberts
                          United States District Judge

Dated: February 2, 2018